IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| RIMACO, INC. | * CIVIL NO. 3-11- cv-01635( JAF ) |
| PLAINTIFF | |
| | * CIVIL ACTION |
| V. | * LAW 75 DISTRIBUTION AGREEMENT |
| CAPELLON PHARMACEUTICALS, INC. A/K/A CAPELLON PHARMACEUTICALS LLC. John Doe, Inc. DEFENDANTS | * PLAINTIFF DEMANDS TRIAL BY JURY * |

o o o o o o o o o o o o o o o o o o o o o o

Motion for Voluntary Dismissal

TO THE HONORABLE COURT

COMES NOW the plaintiff represented by its undersigned counsels and very respectfully STATES, ALLEGES and PRAYS:

1. Plaintiff has not serve summons to Defendant in this case.

2. Plaintiff notifies its desire to voluntarily dismiss the instant action without prejudice.

WHEREFORE, it is respectfully requested from this Honorable Court to enter judgment dismissing the instant complaint without prejudice.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of October 2011

JOSE ANTONIO PAGAN LAW OFFICES
ATTORNEYS FOR PLANTIFFS
P.O. BOX 1553 CIDRA
PUERTO RICO 00739
    TELS. 787-603-1069/

E-mail: tony@paganlaw.net

BY: _____

JOSE ANTONIO PAGAN NIEVES
USDC-PR  129109